IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| PLANNED PARENTHOOD GREAT RIVERS – MISSOURI, PLANNED PARENTHOOD GREAT PLAINS, and COMPREHSENSIVE HEALTH OF PLANNED PARENTHOOD GREAT PLAINS, | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) | No. 24-04157-CV-C-BP |
| v. | ) ) | No. 24-04158-CV-C-BP No. 24-04159-CV-C-BP |
| MISSOURI DEPARTMENT OF SOCIAL SERVICES, et al., | ) ) ) | |
| Defendants. | ) | |

## ORDER CONSOLIDATING CASES

The plaintiffs in these three cases have brought identical claims against the same defendants. Accordingly, pursuant to Rule 42(a)(2) of the Federal Rules of Civil Procedure, these cases shall be consolidated into a single action. All filings shall be made in the lowest-numbered case (No. 24-04157-CV-C-BP).

**IT IS SO ORDERED.**

DATE: September 11, 2024

/s/ Beth Phillips
BETH PHILLIPS, CHIEF JUDGE
UNITED STATES DISTRICT COURT