IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI, CENTRAL DIVISION

| | |
|---|---|
| PLANNED PARENTOOD GREAT RIVERS – MISSOURI, PLANNED PARENTHOOD GREAT PLAINS, and COMPREHENSIVE HEALTH OF PLANNED PARENTHOOD GREAT PLAINS<br><br>*Plaintiffs*,<br><br>v.<br><br>MISSOURI DEPARTMENT OF SOCIAL SERVICES; MO HEALTHNET DIVISION; and MISSOURI MEDICAID AUDIT & COMPLIANCE UNIT,<br><br>*Defendants*. | Case No.: 2:24-CV-04157-BP<br>Case No.: 2:24-CV-04158-BP<br>Case No.: 2:24-CV-04159-BP |

## MOTION TO WITHDRAW AS COUNSEL

COMES NOW Bryce Beal, Assistant Attorney General, and hereby moves to withdraw as counsel for Defendants. All other counsel who have entered an appearance on behalf of Defendants will continue to represent Defendants.

Respectfully submitted,

**ANDREW BAILEY**
Attorney General of Missouri

 /s/ *Bryce Beal*
Bryce Beal, #74559MO
 *Assistant Attorney General*
Office of the Attorney General
Supreme Court Building
207 W. High St.
P.O. Box 899
Jefferson City, MO 65102
Tel. (573) 751-6633

Fax (573) 751-0774
Bryce.Beal@ago.mo.gov

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 26, 2024, a true and accurate copy of the above was served via the Court's electronic filing system.

*/s/ Bryce Beal*
Assistant Attorney General

*Counsel for Defendants*
